# EXHIBIT "B"

| REPORT OF INVESTIGATION | | Page 1 of 2 |
|---|---|---|
| 1. FID: 10134737<br>CASE: 1619-0804-3527-S | 2. DATE OF REPORT: 08/08/2016 | 3. REPORTED BY: SCHRECKENGOST,STEVE<br>AT: B19 |
| 4. SUBJECT NAME: ROBINSON,JAMARION | | |
| 5. MERGED FIDs: | | |

6. TYPE OF REPORT:
[ ] REPORT OF ELECTRONIC INTERCEPTION
[ ] COLLATERAL LEAD
[ ] WITNESS INTERVIEW
[ ] ADMINISTRATIVE SUBPOENA

[x] ARREST (USM11 920017)
[ ] INTELLIGENCE UPDATE
[ ] MEMORANDUM TO FILE
[ ] OTHER

On 08/05/2016 TFO S. M. O'Hare along with members of SERFTF assisted the Atlanta Police Department in the apprehension of a wanted fugitive. On 08/03/2016 the Atlanta Police Department obtained warrants for Jamarion ROBINSON for two counts of Aggravated Assault on Law Enforcement Officer. The incident occurred at 500 Northside Cir. NW Atlanta. Robinson is accused of having pointed a firearm at two Atlanta Police Officers. The Atlanta Officers were responding to a call related to ROBINSON refusing to let a female leave an apartment complex laundry room. ROBINSON was also wanted by the Gwinnett County Sheriff's Office for charges related to an Attempted Arson. In this incident ROBINSON poured gasoline on the floor in front of his mother's bedroom and attempted to ignite it. ROBINSON fled from Gwinnett officers when they arrived on scene. TFO O'Hare conducted an interview with ROBINSON's mother, Monteria Robinson and she stated that her son had become increasingly mentally unstable due to documented paranoid schizophrenia. M. Robinson stated that ROBINSON failed to take his medication as prescribed. Atlanta PD requested the assistance of Southeast Regional Fugitive Task Force (SERFTF) in locating and arresting ROBINSON.

On 08/05/2016, the investigation into ROBINSON's whereabouts lead SERFTF Agents to 3129 Candlewood Dr. Apt. #D. East Point, GA. 30344. A Confidential Source positively identified ROBINSON as being inside of apartment #D. SERFTF members conducted continuous surveillance on the target apartment. Additioinal members of the SERFTF were called into the area. Prior to approaching the apartment, an operational plan was developed and assignments were provided to SERFTF members. During the operational briefing information related to ROBINSON's mental instability, his recent violent behavior to include the descriptions of crimes committed and his criminal history were provided. A photo of ROBINSON was provided to SERFTF members. Finally, East Point PD was notified and on scene to assist in the apprehension.

SERFTF members outfitted with tactical gear clearly identifying them as law enforcement officers approached the apartment and knocked on the front door. SERFTF members loudly and clearly announced POLICE and ordered ROBINSON to come to the front door. After a reasonable amount of time and after receiving no

| 7. SIGNATURE (Name and Title) | 8. DATE<br>08/08/2016 6:27 PM EDT | 11. DISTRIBUTION<br>__DISTRICT<br>__HEADQUARTERS<br>__OTHER_____ |
|---|---|---|
| STEVE SCHRECKENGOST<br>Criminal Investigator | | |
| 9. APPROVED (Name and Title) | 10. DATE<br>08/09/2016 9:41 AM EDT | |
| JAMES JOYNER<br>Supervisory Deputy U.S. Marshal | | |

UNITED STATES MARSHALS SERVICE
THIS REPORT IS THE PROPERTY OF THE UNITED STATES MARSHALS SERVICE. NEITHER
IT NOR ITS CONTENT MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.

| REPORT OF INVESTIGATION | | Page 2 of 2 |
|---|---|---|
| 1. FID: 10134737<br>CASE: 1619-0804-3527-S | 2. DATE OF REPORT: 08/08/2016 | 3. REPORTED BY: SCHRECKENGOST, STEVE<br>AT: B19 |
| 4. SUBJECT NAME: ROBINSON, JAMARION | | |

5. MERGED FIDs:

answer, fearing for the safety of anyone else who might be inside the apartment with ROBINSON, the front door was breached. Members of SERFTF were confronted with ROBINSON who was armed with a handgun. ROBINSON refused multiple clear and loud lawful commands to drop the handgun but instead pointed the handgun at the officers. ROBINSON's actions forced SERFTF members to respond with gunfire in defense of their lives. DUSM E. Heinze, TFO D. Doyle and TFO K. Hutchins exchanged gunfire with ROBINSON. During the exchange of gunfire a distractionary device was deployed. Once ROBINSON was no longer a threat to the officers, he was taken into custody. Tactical Medic Durand attempted life saving measures. An ambulance was called to the scene and ROBINSON was pronounced deceased. SERFTF supervisors were notified of the shooting incident. The scene was secured with crime scene tape. East Point PD arrived and assisted in securing the crime scene. The GBI was contacted and took over the investigation.

Case closed by arrest in B19.

The following SERFTF personnel participated in the apprehension of ROBINSON: S. O'Hare, W. Sauls, S. Schreckengost, M. Belknap, E. Heinze, J. Mauney, K. Hutchins, D. Doyle, J. Barnes, E. Smith, M. Stressinger, J. Little, S. Kindred and Medic Durand.

UNITED STATES MARSHALS SERVICE
THIS REPORT IS THE PROPERTY OF THE UNITED STATES MARSHALS SERVICE. NEITHER
IT NOR ITS CONTENT MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.